UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO.: 1:24-cv-01491

DAVID DOE,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE 'A',

    Defendants.

## PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION

Plaintiff DAVID DOE ("Doe" or "Plaintiff") by and through his undersigned counsel, respectfully requests that it be given leave to file its brief in support of Plaintiff's *Ex Parte* Motion for Entry of a Temporary Restraining Order ("TRO") in excess of 15 pages. As part of the TRO, Plaintiff seeks (1) a temporary injunction against Defendants enjoining the manufacture, importation, distribution, offering for sale, and sale of counterfeit products; (2) a temporary restraint of Defendants 'assets to preserve Plaintiff's right to an equitable accounting; (3) expedited discovery allowing Plaintiff to inspect and copy Defendants' records relating to the manufacture, distribution, offering for sale, and sale of counterfeit products and defendants' financial accounts; and (4) service of process by electronic mail. Plaintiff's TRO includes four (4) distinct issues regarding Plaintiff's intellectual property rights, each of which must be decided simultaneously. Plaintiff's brief contains necessary substantive content relevant to each issue that should be considered. Plaintiff's brief is 25 pages, which is substantially less than the

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

60-page limit allowed if four motions were filed separately. Plaintiff, therefore, respectfully requests leave to file a combined brief in excess of 15 pages for purposes of efficiency.

DATED: February 28, 2024        Respectfully submitted,

*/s/ Joel B. Rothman*
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
J. CAMPBELL MILLER
Illinois Bar Number: 6345233
campbell.miller@sriplaw.com
ANGELA M. NIEVES
Florida Bar Number: 1032760
angela.nieves@sriplaw.com

**SRIPLAW, P.A.**
231 S. Rangeline Road
Carmel, IN 46032
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff David Doe*