UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CASE NO.: 1:24-CV-01491-CPK

LARRY ZACH.,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE 'A',

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL AS TO DEFENDANT 965

Plaintiff Larry Zach., by and through his undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant action, **without prejudice**, as against the Defendant Shenzhen Borilang Electronics Co., LTD (Defendant No. 965 on Schedule "A").

Dated: August 15, 2024

                                                                  Respectfully submitted,

                                                                  */s/ Angela M. Nieves*
                                                                  ANGELA M. NIEVES
                                                                  Florida Bar Number: 1032760
                                                                  angela.nieves@sriplaw.com
                                                                  JOEL B. ROTHMAN
                                                                  Florida Bar Number: 98220
                                                                 joel.rothman@sriplaw.com
                                                                  J. CAMPBELL MILLER
                                                                  Illinois Bar Number: 6345233
                                                                  Campbell.miller@sriplaw.com

                                                                  **SRIPLAW, PA**
                                                                  231 S. Rangeline Rd.
                                                                  Carmel, IN 46032
                                                                  561.404.4350 – Telephone

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

561.404.4353 – Facsimile

*Counsel for Plaintiff Larry Zach*