**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**CASE NO.:  1:24-cv-01491**

LARRY ZACH,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE 'A',

        Defendants.

**SATISFACTION OF JUDGMENT**

Plaintiff  LARRY ZACH., by and through its undersigned counsel, hereby acknowledges

that the judgment entered in this case on August 1, 2024 against the defendant CJ Seller 1

(Defendant No. 474 on Schedule "A") has been satisfied.

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced

Defendant is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed

to make an entry of the full and complete satisfaction on the docket of said judgement.

Dated:  August 13, 2024              Respectfully submitted,

                              */s/ Angela M. Nieves*
                              ANGELA M. NIEVES
                              Florida Bar Number:  1032760
                              angela.nieves@sriplaw.com
                              JOEL B. ROTHMAN
                              Florida Bar Number:  98220
                              joel.rothman@sriplaw.com
                              J. CAMPBELL MILLER
                              Illinois Bar Number: 6345233
                              Campbell.miller@sriplaw.com

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

**SRIPLAW, PA**
231 S. Rangeline Rd.
Carmel, IN 46032
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Larry Zach*