**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

**CASE NO.: 1:24-cv-01491**

LARRY ZACH,

        Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS
AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON
SCHEDULE 'A',

        Defendants.

## STIPULATION OF DISMISSAL

Plaintiff LARRY ZACH., and Defendant Manfinity LEGND (Defendant No. 697 on Schedule "A" to the Complaint), by and through their undersigned counsels, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), to the entry of an order dismissing the instant lawsuit, with prejudice, as between the parties to this stipulation, with each party to bear its own costs, attorneys' fees and expenses.

Dated:  October 23, 2024        Respectfully submitted,

/s/ Angela M. Nieves        /s/ Michael E. Williams
ANGELA M. NIEVES        MICHAEL E. WILLIAMS
Bar Number: 1032760        *Pro Hac Vice*
angela.nieves@sriplaw.com        michaelwilliams@quinnemanuel.com

**SRIPLAW, P. A.**        **QUINN EMMANUEL URQUHART &**
21301 Powerline Road        **SULLIVAN, LLP**
Suite 100        865 South Figueroa Street, 10th Floor
Boca Raton, FL 33433        Los Angeles, CA 90017
786.788.6020 – Telephone        213.443.3000 – Telephone
561.404.4353 – Facsimile

        *Counsel for Manfinity LEGND.*

and

**J. CAMPBELL MILLER**
Bar Number: 6345233
campbell.miller@sriplaw.com

SRIPLAW, P. A.
231 South Rangeline Road
Suite H
Carmel, FL 46032
332.600.5599 – Telephone
561.404.4353 – Facsimile

*Counsel for Larry Zach*